In the Matter of ALBERT J. PFEIFFER, INC., Respondent.
LARGMAN, GRAY COMPANY, Appellant.

(Submitted April 22, 1929; decided May 28, 1929.)

*Walter H. Griffin* for appellant.
*Daniel S. Murphy* and *Emerson F. Davis* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.